DANIEL SUTHERLAND, CURATOR TO THE VACANT
SUCCESSION OF PATRICK ROBERTSON, DECEASED
v.
ANTOINE LASSELLE, JR.

1810

JOURNAL ENTRIES

1. Declaration filed; nil dicit; judgment . . . *Journal, infra,* *p. 314
2. Satisfaction acknowledged . . . . . . . . " 314

PAPERS IN FILE

[None]

UNITED STATES
v.
HENRY HUDSON

1810

JOURNAL ENTRIES

1. Plea; nolle prosequi; recognizance required . . *Journal, infra,* *p. 317

PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . . .
2. Letter from George McDougall, J. P. D. D., transmit-
   ting certain papers to court for District of Huron and
   Detroit . . . . . . . . . . . . . . .